## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

**Case No.** TE41 1355180, 86 and TE41 1915551,52,54,55  **At** Knoxville, TN    **Date** 4/13/09
U.S.A.           vs.      **Jerry R. Cooper**                          custody [X] bond []

**PROCEEDINGS: Initial Appearance on Warrant and new Charges.** Defendant is sworn and advised of rights and penalties. Financial Affidavit is executed and approved. Federal Defendant, Kim Tollison is appointed to represent the defendant. The new charges are read to the defendant. The government moved for detention and the defendant's attorney requested a detention hearing. A detention hearing is set for **Wednesday, April 15, 2009 at 2:30 p.m.** A tentative **Trial or Plea date is also set for 4/22/09**. Order to follow.


**PRESENT: HONORABLE** C. Clifford Shirley, Jr. **United States Magistrate Judge**

Donna Papa                      3B-09-10                          Ed Schmutzer
**Deputy Clerk**                **Court Reporter**                **Asst. US Attorney**

Kim Tollison                                                      Adrienne Simpson-Brown
**Attorney for Defendant**                                        **Probation Officer**

**Others Present:** USMS, CSO


[X] Ordered Attorney be appointed under Criminal Justice Act
[] Waived Appointment of Attorney and Waiver executed & filed
[X] Defendant is ARRAIGNED and specifically advised of his rights, Rule 11, F.R.C.P
[X] Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
[] Defendant waives reading of Indictment/Information [] Indictment/Information read
[] Defendant PLEADS NOT guilty to counts __


[] Defendant to remain on bond     [X] Defendant remanded to custody of Marshal


**Time:** 2:15 p.m.       to      2:45 p.m.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

**Case No.** TE41 1355180, 86 and TE41 1915551,52,54,55 **At** Knoxville, TN **Date** 4/13/09
U.S.A.    vs.    **Jerry R. Cooper**                custody [X] bond []

**PROCEEDINGS: Initial Appearance on Warrant and new Charges.** Defendant is sworn and advised of rights and penalties. Financial Affidavit is executed and approved. Federal Defendant, Kim Tollison is appointed to represent the defendant. The new charges are read to the defendant. The government moved for detention and the defendant's attorney requested a detention hearing. A detention hearing is set for **Wednesday, April 15, 2009 at 2:30 p.m.** A tentative **Trial or Plea date is also set for 4/22/09**. Order to follow.


**PRESENT: HONORABLE** C. Clifford Shirley, Jr. **United States Magistrate Judge**

| Donna Papa | 3B-09-10 | Ed Schmutzer |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. US Attorney** |

| Kim Tollison |  | Adrienne Simpson-Brown |
|---|---|---|
| **Attorney for Defendant** |  | **Probation Officer** |

**Others Present:** USMS, CSO


[X] Ordered Attorney be appointed under Criminal Justice Act
[] Waived Appointment of Attorney and Waiver executed & filed
[X] Defendant is ARRAIGNED and specifically advised of his rights, Rule 11, F.R.C.P
[X] Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
[] Defendant waives reading of Indictment/Information [] Indictment/Information read
[] Defendant PLEADS NOT guilty to counts __


[] Defendant to remain on bond    [X] Defendant remanded to custody of Marshal



**Time:** 2:15 p.m.    to    2:45 p.m.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

**Case No.** TE41 1355180, 86 and TE41 1915551,52,54,55  **At** Knoxville, TN  **Date** 4/13/09
U.S.A.       vs.   **Jerry R. Cooper**                  custody [X] bond []

**PROCEEDINGS: Initial Appearance on Warrant and new Charges**. Defendant is sworn and advised of rights and penalties. Financial Affidavit is executed and approved. Federal Defendant, Kim Tollison is appointed to represent the defendant. The new charges are read to the defendant. The government moved for detention and the defendant's attorney requested a detention hearing. A detention hearing is set for **Wednesday, April 15, 2009 at 2:30 p.m.** A tentative **Trial or Plea date is also set for 4/22/09**. Order to follow.

**PRESENT:  HONORABLE** C. Clifford Shirley, Jr. **United States Magistrate Judge**

| Donna Papa | 3B-09-10 | Ed Schmutzer |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. US Attorney** |

| Kim Tollison | | Adrienne Simpson-Brown |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**Others Present:** USMS, CSO

[X] Ordered Attorney be appointed under Criminal Justice Act
[] Waived Appointment of Attorney and Waiver executed & filed
[X] Defendant is ARRAIGNED and specifically advised of his rights, Rule 11, F.R.C.P
[X] Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
[] Defendant waives reading of Indictment/Information [] Indictment/Information read
[] Defendant PLEADS NOT guilty to counts __

[] Defendant to remain on bond    [X] Defendant remanded to custody of Marshal

**Time:** 2:15 p.m.    **to**    2:45 p.m.