UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. TE41 1355180/86 |
| | ) | TE41 1915551, 52, 54, 55 |
| V. | ) | (SHIRLEY) |
| | ) | |
| JERRY R. COOPER | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

An initial appearance was held in this case on April 13, 2009. Ed Schmutzer, Assistant United States Attorney, was present representing the government, and Kim Tollison, Assistant Federal Defender, was present representing the defendant. Upon motion of the government for detention stating that the defendant was a serious risk of flight and a danger to the community, and pursuant to 18 U.S.C. Section 3142, it is ordered that a detention hearing is scheduled for **Wednesday, April 15, 2009,** at **2:30 p.m.**, before the undersigned.

The Court found the defendant to be a serious risk of flight so as to entitle the government to a detention hearing.

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

                 s/ C. Clifford Shirley, Jr.
             United States Magistrate Judge

-2-

Case 3:09-po-00020   Document 3   Filed 04/13/09   Page 2 of 2   PageID #: 6