# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

## CRIMINAL MINUTES - GENERAL

Case No. TE41 1355180, 86 and 1915551,52,54,55    At Knoxville, TN    Date April 15, 2009

U.S.A. vs. Jerry R. Cooper

**PRESENT: HONORABLE** C. Clifford Shirley, Jr. United States Magistrate Judge

| | | |
|---|---|---|
| Donna Papa | Dana Holloway (Miller & Miller) | Ed Schmutzer |
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

| | |
|---|---|
| Kim Tollison | Adrienne Simpson-Brown |
| **Attorney for Defendant** | **Probation Officer** |

**Others present:** USMS, CSO

          **DEFENDANT(S)**          **ATTORNEYS FOR DEFENDANT(S)**

[] Initial Appearance    [X] Detention hearing    [] Removal hearing
[] Pretrial conference    [] Motion hearing    [] Bond hearing
[] Preliminary hearing    [] Probation hearing [X] Other
[] Defendant(s) advised of rights; charges and penalties
[] Financial affidavit executed
[] Ordered attorney be appointed under Criminal Justice Act

**PROCEEDINGS:** Detention Hearing held. Defendant entered a plea of guilty and is sentenced to 5 days in jail with credit for time served as to violation TE41 1915555 to run concurrent with violation TE41 1355180 in the case 3:08-PO-32 and 2 years of unsupervised release of probation as to violations TE41 1915551 and 1915552 to run concurrent. TE41 1915554 is dismissed upon motion of the government. The defendant shall pay an assessment of $30.00 and a processing fee of $75.00 as each violation. The defendant signed an agreement to pay the assessment and violation in these charges and the cost assessed in 3:08-po-32 by October 15, 2009. Judgment to be entered.

[] Bond denied    [] Bond set at [] surety/non-surety
[] Defendant released on bond    [X] defendant released to custody of US Marshal

**Time** 11:15 a.m.    to    11:45 a.m.